IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. BLACK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOCTOR REYES McGUINE,<br><br>　　　　Defendant. | 1:06-CV-01104-OWW-SMS-P<br><br>ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN **THIRTY DAYS** |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, the copy of plaintiff's prison trust account statement was not certified. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to either pay the $350.00 filing fee or submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that within **thirty (30) days** of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

1

1  account statement for the six month period immediately preceding the filing of the complaint, or in
2  the alternative, pay the $350.00 filing fee for this action.  Plaintiff's failure to comply with this order
3  will result in a recommendation that this action be dismissed.

5  IT IS SO ORDERED.

6  **Dated:**   **September 26, 2006**               /s/ Sandra M. Snyder
   i0d3h8                                       UNITED STATES MAGISTRATE JUDGE